AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| YONG BIAO JI, on his own behalf and on behalf of others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> NEW AILY FOOT RELAX STATION INC and EILEEN FOOT RELAX STATION INC <br><br> *Defendant(s)* | Civil Action No. 22-cv-8196 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Troy Law, PLLC
John Troy
41-25 Kissena Blvd, Suite 103
Flushing, NY 11355

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 26, 2022

/S/  S.  James
*Signature of Clerk or Deputy Clerk*

**NEW AILY FOOT RELAX STATION INC**
1793 Central Park Avenue, Yonkers, NY 10710

**EILEEN FOOT RELAX STATION INC**
1793 Central Park Avenue, Yonkers, NY 10710

**JI v. NEW AILY FOOT RELAX STATION INC, et al.**

**Summons Rider**