UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

YONG BIAO JI, on behalf of himself and       :
others similarly situated,
                              Plaintiff,      :

v.                                            :

NEW AILY FOOT RELAX STATION INC,             :
and EILEEN FOOT RELAX STATION INC,
                              Defendants.      :

------------------------------------------------------------x

**ORDER**

22 CV 8196 (VB)

On November 3, 2022, defendants filed a document titled "Defendants' Special Appearance." (Doc. #11).  Although defendants' submission refers to Rules 12(b)(2) and 12(b)(7)—which respectively relate to the affirmative defenses of lack of personal jurisdiction and failure to join a party under Rule 19—the Court construes defendants' submission as a motion to dismiss the complaint under Rules 12(b)(1) and 12(b)(6) for a lack of subject-matter jurisdiction and failure to state a claim, respectively.

Accordingly, plaintiff is directed to file a response to the motion to dismiss by November 17, 2022.  In his response, plaintiff is directed to address the question of whether this case involves a federal question, 28 U.S.C. § 1331, or whether diversity jurisdiction exists, 28 U.S.C. § 1332.

Defendants, if they wish to do so, may file a reply to plaintiff's opposition by November 28, 2022.

Dated: November 3, 2022
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge