UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
YONG BIAO JI, on behalf of himself and
others similarly situated,
                       Plaintiff,

v.
                                                      **ORDER**

NEW AILY FOOT RELAX STATION INC,
and EILEEN FOOT RELAX STATION INC,
                       Defendants.
                                                      22 CV 8196 (VB)
--------------------------------------------------------------x

       On May 19, 2023, the Court issued an Opinion and Order granting in part and denying in part defendants' motion to dismiss the complaint. (Doc. #14). The Opinion and Order directed defendants to file an answer to the complaint by June 9, 2023.

       Plaintiff's counsel served a copy of the Opinion and Order on defense counsel, Ning Ye, Esq., on May 19, 2023, and filed proof of such service on the ECF docket on May 30, 2023. (Doc. #17).

       **To date, defendants have failed to answer the complaint. Accordingly, the Court sua sponte extends the deadline for defendants to answer the complaint to June 22, 2023.**

       In addition, on May 19, 2023, the Court scheduled an initial conference in this case for July 6, 2023, at 12:00 p.m., to proceed in person at the White Plains Courthouse, Courtroom 620. (Doc. #15).

       Plaintiff's counsel served a copy of the Notice of Initial Conference on defense counsel on May 30, 2023, and filed proof of such service on the ECF docket on May 30, 2023. (Doc. #17).

       **The initial conference remains scheduled for July 6, 2023, at 12:00 p.m. If defendants fail to answer the complaint by June 22, 2023, and fail to appear for the initial conference on July 6, 2023, the Court will permit plaintiff to seek a certificate of default and move for default judgment against defendants.**

       By no later than June 20, 2023, plaintiff's counsel is directed to serve a copy of this Order on defense counsel and to file proof of such service on the ECF docket.

Dated: June 16, 2023
       White Plains, NY

                                                SO ORDERED:

                                                _____
                                                Vincent L. Briccetti
                                                United States District Judge