UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
YONG BIAO JI, on behalf of himself and
others similarly situated,
                        Plaintiff,

v.

NEW AILY FOOT RELAX STATION INC,
and EILEEN FOOT RELAX STATION INC,
                        Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 8196 (VB)

      On June 20, 2023, defense counsel filed a motion to disqualify plaintiff's counsel, Troy Law, PPLC (Doc. #20), and a motion requesting a three-month extension of time for defendants to respond the complaint. (Doc. #21).

      Both motions are DENIED.

      First, the motion to disqualify Troy Law merely repeats arguments defense counsel already asserted in three substantially similar motions in the related case, Ji v. Aily Foot Relax Station, Inc., 19-cv-11881 (VB) (S.D.N.Y. filed Dec. 29, 2019) (the "Related Case"). (See Related Case, Docs. ##174, 180, 187). The present motion is denied for the same reasons set forth in the Orders addressing those prior motions. (See Related Case, Docs. ##177, 181, 188).

      Second, the Court agrees with plaintiff's counsel that defense counsel has failed to show good cause for an extension. Nevertheless, the Court will grant a limited extension. **Defendants shall answer, move, or otherwise respond to the complaint by June 26, 2023. No further extensions will be granted absent compelling circumstances.**

      Defense counsel is directed to take note of the following: The Court has neither the time nor the inclination to review defense counsel's repetitive and/or frivolous submissions requesting relief that was previously denied, including in the Related Case. **Defense counsel is warned that should such conduct continue, the Court will impose appropriate sanctions.**

      The initial conference in this action remains scheduled for July 6, 2023, at 12:00 p.m., to proceed in person at the White Plains Courthouse, Courtroom 620.

Dated: June 23, 2023
       White Plains, NY

SO ORDERED:

_/s/ Vincent L. Briccetti_
Vincent L. Briccetti
United States District Judge