UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YONG BIAO JI, on behalf of himself and
others similarly situated,
                        Plaintiff,

v.

NEW AILY FOOT RELAX STATION INC,
and EILEEN FOOT RELAX STATION INC,
                      Defendants.
------------------------------------------------------------x

**ORDER**

22 CV 8196 (VB)

       On August 15, 2023, plaintiff filed a request for a clerk's certificate of default as to defendants.  (Docs. ##39, 40).

       In light of plaintiff's pending motion to dismiss the counterclaims asserted in defendants' answer (see Doc. #35), the Clerk is directed to defer ruling on plaintiff's request for a certificate of default pending further Court order.

Dated: August 16, 2023
       White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge