UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
YONG BIAO JI,
~~on behalf of himself and others similarly situated,~~

                              Plaintiff,

v.

AILY FOOT RELAX STATION INC
    d/b/a Foot Relax Spa Station,
LINDA FOOT RELAX SPA STATION INC.
    d/b/a Foot Relax Spa Station,
XIANG MAN ZHANG
    a/k/a Ailing Zhang, and
KE XUE ZHENG,

                              Defendants.
------------------------------------------------------------------ x

4/3/25

Case No. 19-cv-11881 (VB)

~~[PROPOSED]~~
**DEFAULT JUDGMENT**

IT IS ORDERED, ADJUDGED, AND DECREED: that Plaintiff Yong Biao Ji has judgment jointly and severally against Defendants Aily Foot Relax Station Inc d/b/a Foot Relax Spa Station, Linda Foot Relax Spa Station INC. d/b/a Foot Relax Spa Station, Xiang Man Zhang a/k/a Ailing Zhang, and Ke Xue Zheng (hereinafter "Defendants") in the amount of $123,304.59, consisting of (A) compensatory damages for unpaid minimum, overtime, and spread of time wages under the New York Labor Law (hereinafter "NYLL") in the amount of $46,144.60; (B) liquidated damages for unpaid wages under the NYLL in the amount of $46,144.60; (C) statutory damages for violation of NYLL § 195.1 in the amount of $5,000.00; (D) statutory damages for violation of NYLL § 195.3 in the amount of $5,000.00; and (E) prejudgment interest calculated at the rate of 9% per annum and totaling $21,015.39.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that Plaintiff be awarded attorney fees against Defendants, jointly and severally, in the amount of $55,347.90, and costs in the amount of $400.00.

IT IS FURTHER ORDERED: that Plaintiffs be awarded post-judgment interest, as calculated under 28 U.S.C. § 1961. If any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

IT IS FURTHER ORDERED: that the Judgment rendered by the Court on this day in favor of Plaintiffs be entered as a final judgment against Defendants in the total amount of $ 178,652.49 , as described above.

The Clerk of Court is directed to enter judgment, and to close this case.

SO ORDERED.
Dated: ~~New York~~ White Plains, NY
April 3 , 20 23

Hon. Vincent L. ~~Bricetti~~ Briccetti, U.S.D.J.