UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
YONG BIAO JI,
*on behalf of himself and others similarly situated,*
                              Plaintiff,      Case No. 22-cv-08196 (VB)

            v.                  ~~[PROPOSED]~~

                              **DEFAULT JUDGMENT**

NEW AILY FOOT RELAX STATION INC and
EILEEN FOOT RELAX STATION INC,
                              Defendants.
------------------------------------------------------------------x

       IT IS ORDERED, ADJUDGED, AND DECREED: that Plaintiff Yong Biao Ji has judgment jointly and severally against Defendants New Aily Foot Relax Station Inc and Eileen Foot Relax Station Inc (hereinafter "Defendants") in the amount of ~~$205,910.36~~ **$205,450.36, plus post-judgment interest**, that is, the amount awarded in *Ji v. Aily Foot Relax Station Inc*, No. 19-cv-11881 (VB), (S.D.N.Y.) ("*Aily I*"), for which Defendants herein shall be jointly and severally liable with the defendants in *Aily I*.

       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that in addition to the foregoing, Plaintiff be awarded attorney fees against Defendants, jointly and severally, in the amount of $ 6,750.75 , and costs in the amount of $ 400.00 .

       IT IS FURTHER ORDERED: that Plaintiffs be awarded post-judgment interest, as calculated under 28 U.S.C. § 1961. If any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198.4.

       IT IS FURTHER ORDERED: that the Judgment rendered by the Court on this day in favor of Plaintiffs be entered as a final judgment against Defendants in the total amount of $ 212,601.11 , as described above.

(The Clerk of Court is directed to enter judgment, and to close this case.)

SO ORDERED.

Dated: New York, NY
     February 22    , 20 24

_____
Hon. Vincent L. Bricetti, U.S.D.J.